UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES

v.                                                                    Case No. 8:08-M-1110TBM

ROBERT CADDICK
_____/

**THIRD PARTY CUSTODIAN ORDER**

Upon finding that release by bond set by the Court will not by itself reasonably assure the appearance of the Defendant, it is hereby ORDERED that the Defendant shall be released on the condition below:

The above named Defendant is placed in the custody of:

NAME: STEVEN CADDICK
ADDRESS: 14780 San Marsala Court, Tampa, Florida 33626
TELEPHONE NUMBER: (813) 598-2837

who agrees (a) to supervise the Defendant in accordance with conditions set by this Court; (b) to use every effort to assure the appearance of the Defendant at all scheduled hearings before this Court; and (c) to notify this Court immediately in the event the Defendant violates any condition of his/her release or cannot be located.

_____
Signature of Custodian

**Acknowledgement by Defendant**

I, ROBERT CADDICK, understand the methods and conditions of my release and the penalties and forfeitures applicable in the event I violate any condition or fail to appear as required. I agree to comply fully with each of the obligations imposed upon my release and to notify the Court promptly in the event I change the address indicated below:

X  Robert Caddick
_____                            Address: SAME AS ABOVE
Signature of Defendant

**RELEASE ORDERED:**

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

Dated: March 21, 2008