IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,                                  CASE NO.: 8:08-CR-170-T-26EAJ

v.

KEVIN MASSIMINO,
    Defendant.
_____/

## UNOPPOSED MOTION TO TRAVEL

COMES NOW, the Defendant, KEVIN MASSIMINO, by and through his undersigned counsel, and moves this Honorable Court to permit him to travel outside the Middle District of Florida to Cannonsburg, Pennsylvania from July 18, 2008 to July 20, 2008 to attend a wedding, and in support thereof, states as follows:

    1.    The Defendant is charged, at present, with Conspiracy to Possess with Intent to Distribute Hydrocodone, in violation of Title 21, United States Code §841(a)(1) and §846 and Possession with Intent to Distribute Hydrocodone, in violation of Title 21, United States Code §841(a)(1) and §841(b)(1)(D) and Title 18, United States Code §2.

    2.    This matter is scheduled for a status conference on August 7, 2008 and is set for trial on the September, 2008 trial term.

    3.    The Defendant has been on pre-trial release since March 21, 2008.

4. The Defendant has been monitored by Pre-Trial Services and has been fully complaint with the terms and conditions of his release.

5. The Defendant requests to attend a wedding in Pittsburgh, Pennsylvania and will be staying at the home of his father, Kevin Massimino at 186 Galley Road, Canonsburg, PA 15317-2376.

6. The Defendant requests to leave his residence in Hillsborough County on Friday, July 18, 2008 and travel by car to his father's residence, where he will stay until returning to Florida in the late afternoon on Sunday, July 20, 2008.

7. Assistant United States Attorney, Anthony Porcelli, has been contacted and has no objections to the Defendant's request to travel.

WHEREFORE, undersigned counsel respectfully request that this Honorable Court permit the Defendant to travel to Canonsburg, Pennsylvania from July 18, 2008 to July 20, 2008.

  /s/ Guillermo E. Gomez Jr.
GUILLERMO E. GOMEZ JR., ESQUIRE
Florida Bar No.: 0847003
Gomez & Touger, P.A.
3117 W. Columbus Drive, Suite 206
Tampa, Florida 33607
Telephone: 813-876-6622
Telephone: 863-533-9559
Facsimile: 813-876-4443
E-Mail: ggomez@gotofloridalaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of June, 2008, a true and correct copy of the foregoing has been submitted via electronic delivery to the Clerk of the Court, which will send notice of electronic filing to the following:

Anthony E. Porcelli, Esquire
Assistant United States Attorney

      /s/ Guillermo E. Gomez Jr.
GUILLERMO E. GOMEZ JR., ESQUIRE
Florida Bar No.: 0847003
Gomez & Touger, P.A.
3117 W. Columbus Drive, Suite 206
Tampa, Florida 33607
Telephone:   813-876-6622
Telephone:   863-533-9559
Facsimile:   813-876-4443
E-Mail: ggomez@gotofloridalaw.com