UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,             :
                                      :
        Plaintiff,                    :
                                      :
v.                                    :       CASE NO. 8:08-cr-170-T-26EAJ
                                      :
KEVIN MASSIMINO,                      :
ROBERT CADDICK, and                   :
DON RIGGANS,                          :
                                      :
        Defendants.                   :
                                      :

## BILL OF PARTICULARS
(Forfeiture)

The United States of America, by and through the undersigned Assistant United

States Attorney, and pursuant to Federal Rule of Criminal Procedure 32.2(a),

particularly alleges that the following property is subject to forfeiture on the basis of the

allegations set forth in the "Forfeiture" section of the Indictment filed in the above-styled

criminal case:

1. Funds contained in SunTrust Bank Account 1000073033770, held in the name of Kevin Massimino in the amount of $4,456.13;

2. Funds contained in SunTrust Bank Account 1000040725177, held in the name of Kevin Massimino in the amount of $11,668.50;

3. One 2006 BMW 325i, Vehicle Identification Number: WBAVB17516NK41579; and

4.      One 2003 Suzuki GSX-R600K3 Motorcycle, Vehicle Identification
        Number: JS1GN7BA832101238.

                        Respectfully submitted,

                        ROBERT E. O'NEILL
                        United States Attorney


By:     *s/Anita M. Cream*
        ANITA M. CREAM
        Assistant United States Attorney
        Florida Bar No. 56359
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        (813) 274-6301 - telephone
        (813) 274-6220 - facsimile
        E-mail: anita.cream@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following:

Anthony Edward Porcelli
Assistant United States Attorney

Lori Doganiero Palmieri, Esquire

Mark W. Ciaravella, Esquire

Guillermo E. Gomez, Jr, Esquire


                        *s/Anita M. Cream*
                        ANITA M. CREAM
                        Assistant United States Attorney
                        Asset Forfeiture Section

2