UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERKS MINUTES - GENERAL**

CASE NO.    8:08-CR-170-T-26EAJ                    DATE: August 22, 2008

TITLE: USA v. Kevin Massimino, Robert Caddick and Donald Riggans

JUDGE: **RICHARD A. LAZZARA**                COURTROOM DEPUTY:  Kathy Thomas
COURT REPORTER: Claudia Spangler-Fry         INTERPRETER:

Attorneys for Government                     Attorneys for Defendants

Thomas Palermo                               Bryant Camareno
                                             Mark Ciaravella
                                             Lori Palmieri

Time: 1:35 - 1:50 = 0/15

PROCEEDINGS:   **CRIMINAL STATUS CONFERENCE**

Defendant Massimino needs additional time to discussion of trial or plea.

Defendant Caddick has entered into a plea agreement.

Defendant Riggans will probably enter a plea but has not signed the plea agreement.  Defendant will be ready to enter into a plea within the next two weeks.

ELT: 4-5 days for trial.

Trial set for October trial term.  Date certain for trial on 10/14/2008 at 9:00.

Defendant's Massimino and Riggans are set for status or change of plea for 9/12/2008 at 9:30.