UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

-v-                                                                 Case No.:  8:08-CR-170-T-26EAS

ROBERT CADDICK
_____/

**UNOPPOSED MOTION FOR PERMISSION TO TRAVEL OUTSIDE THE MIDDLE DISTRICT OF FLORIDA**

     COMES NOW the Defendant, ROBERT CADDICK, by and through undersigned counsel, and pursuant to Title 18 United States Code Section 3142 and files this Motion for Permission to Travel Outside the District and as grounds therefore would state as follows:

1. The Defendant, Robert Caddick, is charged with one count of conspiracy to possess with intent to distribute hydrocodone, a Schedule III controlled substance, and one count of possession with intent to distribute hydrocodone, a Schedule III controlled substance, both in violation of Title 21, United States Code, Sections 841 and 846.

2. Mr. Caddick is currently released on bond.  The terms of his bond restrict his travel to the Middle District of Florida.

3. Mr. Caddick wishes to travel to Illinois in order to assist his son move and relocate from Orlando to Chicago.

4. The proposed dates of travel are September 16-22, 2008.

5.Assistant United States Attorney Anthony Porcelli, has no objection to the travel request.

WHEREFORE, defendant, ROBERT CADDICK, requests that this Honorable Court grant his travel request.

## MEMORANDUM OF LAW

18 United States Code Section 3142(c)(3) provides that the judicial officer may at any time amend the pretrial release order to impose additional or different conditions of release. Because this court has the authority to do so, Mr. Caddick requests this court to approve his reasonable request.

## CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  n\a.

**s/ Mark W. Ciaravella**
Mark W. Ciaravella
Florida Bar Number 46108
Attorney for Defendant
Mark W. Ciaravella, P.A.
Post Office Box 1107
Tampa, Florida 33601
Phone 813 221 1640
Facsimile 813 221 9736
mark@tampabaylaw.net