UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-CR-170-T-26EAJ

ROBERT CADDICK

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
<u>BASED UPON SUBSTANTIAL ASSISTANCE</u>**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, and for the reasons to be articulated at the defendant's sentencing hearing, the United States moves this Court to grant a two-level reduction in the defendant's offense level, and sentence the defendant accordingly without regard to the statutory minimum mandatory.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By:  *s/ Anthony E. Porcelli*
ANTHONY E. PORCELLI
Assistant United States Attorney
Florida Bar Number 0157775
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6086
Facsimile:   (813) 274-6103
E-mail:  Anthony.Porcelli@usdoj.gov

U.S. v. Robert Caddick											Case No. 8:08-CR-170-T-26EAJ

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Mark Ciaravella, Esquire

*s/ Anthony E. Porcelli*
ANTHONY E. PORCELLI
Assistant United States Attorney
Florida Bar Number 0157775
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6086
Facsimile:     (813) 274-6103
E-mail: Anthony.Porcelli@usdoj.gov

N:\_Criminal Cases\M\Massimino, Kevin_2008R00013_aep\p_Motion for downward departure 5K1.1 for Robert Caddick.wpd