**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                    CASE NO: 8:08-cr-170-T-26EAJ

ROBERT CADDICK

_____/

**O R D E R**

Defendant, through counsel, has filed an emergency petition for the issuance of a

writ of habeas corpus.  He claims that federal prison official at his place of incarceration

at FCI Butner Low are acting with deliberate indifference with regard to the treatment of

a deteriorating eye condition brought on by a long-standing affliction with diabetes.  As a

consequence of this claimed lack of medical treatment, Defendant requests this Court to

issue a writ of habeas corpus directing the United States Marshal Service to take custody

of Defendant at FCI Butner Low and to deliver him before this Court at which time the

Court will be in a position to order that Defendant "be treated for his urgent, emergent

eye condition in a timely manner[.]" Even assuming the truthfulness of counsel's

representations, this Court lacks the legal authority to issue the writ.  "The only remedy

available to [Defendant] would be an injunction from the [North Carolina] district court,

the district in which he is incarcerated."  Fernandez v. United States, 941 F.2d 1488, 1494

(11th Cir. 1991) (citing <u>Gomez v. United States</u>, 899 F.2d 1124, 1127 (11th Cir. 1990); 28

U.S.C. § 1391(e) (Supp. 1991)).

        **ACCORDINGLY**, it is **ORDERED AND ADJUDGED** that Defendant's

Emergency Petition for Writ of Habeas Corpus (Dkt. 141) is **denied**.

        **DONE AND ORDERED** at Tampa, Florida, on May 6, 2009.


                                      s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**


<u>COPIES FURNISHED TO</u>:
Counsel of Record